IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Bryan Rankin,                                         Case No: 2:25-cv-611

        Petitioner,                            District Judge Graham

v.                                                Magistrate Judge Deavers

Kenneth W. Dick,

        Respondent.

## Order Adopting Report and Recommendation

This matter brought under 28 U.S.C. § 2254 is before the Court on the Magistrate Judge's July 21, 2025 Report and Recommendation. The Magistrate Judge recommended that petitioner's motion for a preliminary injunction be construed as a motion for bail pending disposition of the habeas corpus petition and that such motion be denied. The Magistrate Judge, applying supporting case law, reasoned that petitioner's state court conviction is presumptively valid and that he had not made a factual showing to establish that his case is the exceptional one warranting relief pending the disposition of his habeas petition.

Petitioner did not file any formal objection to the Report and Recommendation. Instead, he filed an affidavit containing conclusory statements to the effect that adjudication in his favor is "almost guaranteed" and that his conviction is a "fraud." Doc. 8. He also filed a motion for appointment of counsel in which he argued that consideration of his motion for preliminary injunction should be "postponed" because of the challenges of representing himself. Doc. 9.

Upon review, the Court agrees with the Report and Recommendation (Doc. 7) and hereby adopts it in its entirety. Petitioner's motion for preliminary injunction (Doc. 2), which is construed as a motion for bail, is denied. Petitioner's motion for appointment of counsel (Doc. 9) is denied without prejudice.

Date: August 14, 2025                                       *s/ James L. Graham*
                                                                       JAMES L. GRAHAM
                                                                       United States District Judge